**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHARON LESLIE BROWN,

                Plaintiff,

-against-                            24 **CIVIL** 7909 (LLS)

## **JUDGMENT**

DONALD TRUMP; KAMALA HARRIS;
BARACK OBAMA; CORNELL WEST,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2025, the Court has dismissed this action as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). All pending matters are terminated. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing this action.

**Dated:** New York, New York

      July 22, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                          **BY:**                K. Mango

                                                          **Deputy Clerk**